**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**
**Docket No. 39609**

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2012 Unpublished Opinion No. 765 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: December 20, 2012 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| MARK D. BEAVERS, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the First Judicial District, State of Idaho, Kootenai County.  Hon. Benjamin R. Simpson, District Judge.

Judgments of conviction and unified sentence of twelve years with a minimum period of confinement of two years for trafficking in marijuana, and consecutive three-year determinate term for delivery of marijuana, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Shawn F. Wilkerson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; LANSING, Judge;
and GUTIERREZ, Judge

_____

PER CURIAM

Mark D. Beavers was convicted of trafficking in marijuana, Idaho Code § 37-2732(a)(1)(B); possession of marijuana with intent to deliver, I.C. § 37-2732(a)(1)(A); and delivery of marijuana, I.C. § 37-2732(a)(1)(B), with sentence enhancements.  The district court sentenced Beavers to a unified term of twelve years with two years determinate for trafficking, a concurrent unified term of five years with two years determinate for possession with intent to deliver, and a consecutive sentence of three years determinate for delivery.  Beavers appeals, contending that his sentences for trafficking and delivery of marijuana are excessive.

1

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Beavers' judgments of conviction and sentences are affirmed.